Richard A. Clark
State Bar No. 39558
(rclark@pmcos.com)
Steven R. Platt
State Bar No. 245510
(splatt@pmcos.com)
PARKER, MILLIKEN, CLARK, O'HARA
& SAMUELIAN, P.C.
555 S. Flower Street, 30th Floor
Los Angeles, CA 90071
Telephone:  (213) 683-6500
Facsimile:  (213) 683-6669

Joe G. Hollingsworth (*pro hac vice* application pending)
(jhollingsworth@hollingsworthllp.com)
Martin C. Calhoun (*pro hac vice* application pending)
(mcalhoun@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC 20005
Telephone:  (202) 898-5800
Facsimile:  (202) 682-1639

Attorneys for Specially-Appearing
Defendant MONSANTO COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP KLEIN,<br><br>             Plaintiff,<br><br>     v.<br><br>MONSANTO COMPANY,<br><br>             Defendant. | Case No.: 2:16-cv-02266-DMG (Ex)<br><br>**SPECIALLY-APPEARING DEFENDANT MONSANTO COMPANY'S NOTICE OF MOTION AND MOTION TO DISMISS OR TRANSFER TO NEW YORK [FILED CONCURRENTLY WITH MEMORANDUM OF POINTS AND AUTHORITIES]**<br><br>Hearing Date: July 1, 2016<br>Time: 9:30 A.M.<br>Judge: Dolly Gee<br>Courtroom: 7 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, on Friday, July 1, 2016 at 9:30 a.m., or as soon thereafter as may be heard in Courtroom 7, located at 312 North Spring Street, Los Angeles, CA 90012-4701, the Honorable Dolly M. Gee, presiding, specially-appearing defendant Monsanto Company will move this Court under Rules 12(b)(2)-(3) of the Federal Rules of Civil Procedure to dismiss plaintiff's complaint, or in the alternative, to transfer this lawsuit pursuant to 28 U.S.C. § 1406 and/or 28 U.S.C. § 1631 to the United States District Court for the Northern District of New York.

PLEASE TAKE FURTHER NOTICE that this Motion to Dismiss or Transfer is based upon this Notice and the concurrently-filed: (1) Memorandum of Points and Authorities, (2) the [Proposed] Order granting Monsanto's Motion, (3) the Declaration of Christopher Martin – as well as such further arguments and evidence as Monsanto Company may submit with its Reply or as the Court may consider at the hearing of this Motion.

This Motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on May 27, 2016.

| | |
|---|---|
| DATED: June 3, 2016 | Respectfully submitted, |
| | /s/ Steven R. Platt |
| Joe G. Hollingsworth (*pro hac vice* application pending) (jhollingsworth@hollingsworthllp.com) | Richard A. Clark |
| | State Bar No. 39558 |
| | (rclark@pmcos.com) |
| Martin C. Calhoun (*pro hac vice* application pending) (mcalhoun@hollingsworthllp.com) | Steven R. Platt |
| | State Bar No. 245510 |
| | (splatt@pmcos.com) |
| HOLLINGSWORTH LLP | PARKER, MILLIKEN, CLARK, |
| 1350 I Street, N.W. | O'HARA & SAMUELIAN, P.C. |
| Washington, DC  20005 | 555 S. Flower Street, 30th Floor |
| Telephone:  (202) 898-5800 | Los Angeles, CA 90071 |
| Facsimile:  (202) 682-1639 | Telephone: (213) 683-6500 |
| | Facsimile:  (213) 683-6669 |
| | Attorneys for Specially-Appearing Defendant MONSANTO COMPANY |

MONSANTO'S NOTICE OF MOTION AND MOTION TO DISMISS OR TRANSFER
2:16-CV-02266-DMG (Ex)